## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50039 - 4 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. EMILY JONES | | |

**DOCKET ENTRY TEXT:**

Initial Appearance proceedings held. Defendant appears in response to notice. David Brown appointed as counsel. Defendant informed of rights. Financial affidavit due August 26, 2008. Defendant waives right to a preliminary hearing. Court enters finding of probable cause. Detention hearing held. Enter order setting conditions of release. Status hearing set for August 27, 2008 at 10:30 am.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|