# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: USA v.s. Emily Jones

FOR AT: *FILED AUG 27 2008, MAGISTRATE JUDGE P. MICHAEL MAHONEY, United States District Court*

PERSON REPRESENTED (Show your full name): **Emily Jones**

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate:
- District Court: **08-CR-50039-4**
- Court of Appeals:

CHARGE/OFFENSE: **Title 18 USC, section 2113(a)** ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: —
- IF YES, how much do you earn per month? $ N/A
- IF NO, give month and year of last employment: **8/2008**; How much did you earn per month? $ **$1200.00**
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ —

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: —

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No — IF YES, state total amount $ —

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: —

## DEPENDENTS

MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them: —

## OBLIGATIONS & DEBTS

APARTMENT OR HOME: **grandparents**

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| rent — ends Sept 1st | $1000.00 | $100.00 |
| | $0 | $585 |
| utilities — gas, water, cable | $325.00 | $100.00 |
| credit card | $550.00 | $25.00 |
| past due phone bill / ER Solutions | $750.00 | $146.95 |
| car paym't | $12,000.00 | $243.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **8/22/2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Emily Jones* (signed)